```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 18224
   DAVID L CARROLL
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-6638
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/16/08 .

   2.  The case was dismissed without confirmation, 12/05/2008.

   3.  The Debtor paid a total of $   2200.00 .

   4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WACHOVIA MORTGAGE FSB | CURRENT MORTG | .00 | .00 | .00 |
| WACHOVIA MORTGAGE FSB | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| WELLS FARGO HOME MORT | SECURED | .00 | .00 | .00 |
| AMERICAN EAGLE BANK | SECURED VEHIC | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, PAUL M BACH                , was allowed $   3500.00
and was paid $    800.00  direct and $   2083.40  through the plan.

The Trustee received $    116.60 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 03/12/09                         /s/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE